IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JIM TED GOMEZ,

      Plaintiff,

  vs.                                         No. CIV 16-0073-LAM

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

      Defendant.

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

**THIS MATTER** is before the Court on *Defendant's Unopposed Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 24)*, filed November 14, 2016.  Having considered the motion, the Court finds that it is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Defendant's Unopposed Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 24)* is **GRANTED** and the Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and **REMANDS** this case to the Commissioner for further administrative proceedings.

**IT IS SO ORDERED.**

                                              _____
                                              **LOURDES A. MARTÍNEZ**
                                              **UNITED STATES MAGISTRATE JUDGE**
                                              **Presiding by Consent**